

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| STEPHEN D. ANDRUSIA, | ) | CASE NO. 3:08CV00037 |
| Plaintiff | ) | |
| v. | ) | O R D E R |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) | By: B. Waugh Crigler<br>U. S. Magistrate Judge |
| Defendant | ) | |

Upon review of plaintiff's objection to the administrative record, motion to supplement the record and hold discovery filed on November 19, 2008, it is hereby

ORDERED

that defendant shall have ten (10) days in which to respond. The court will decide the motion without argument.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: _____
Magistrate Judge

11-20-08
Date