CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

DEC 12 2008

JOHN F. CORCORAN, CLERK,
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| STEPHEN D. ANDRUSIA, | ) | CASE NO. 3:08CV00037 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) | |
| Defendant. | ) | By: B. WAUGH CRIGLER U.S. MAGISTRATE JUDGE |

For the reasons set forth in the Memorandum Opinion of even date, it hereby is

O R D E R E D

that plaintiff's November 19, 2008 Objection To The Administrative Record, Motion to Supplement The Record And Hold Discovery is DENIED.

The Clerk of the Court is hereby directed to transmit a copy of this Order to all counsel of record.

ENTERED: /s/
U.S. Magistrate Judge

Dec 12, 2008
Date