CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JAN 07 2009

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| STEPHEN D. ANDRUSIA,<br><br>         *Plaintiff,*<br><br>v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>         *Defendant.* | CIVIL NO. 3:08cv00037<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Plaintiff's Objections to the Magistrate Judge's ruling on his Motion for Discovery (docket no. 27). For the reasons stated in the accompanying Memorandum Opinion, Plaintiff's objections are OVERRULED.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

    ENTERED: This _7th_ Day of January, 2009.

                _/s/ Norman K. Moon_
                NORMAN K. MOON
                UNITED STATES DISTRICT JUDGE