CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

MAR 03 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| STEPHEN D. ANDRUSIA,<br><br>                          *Plaintiff,*<br><br>v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                          *Defendant.* | CIVIL NO. 3:08cv00037<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

    This matter is before the Court on Plaintiff's Motion to Remand (docket no. 31), and the Magistrate Judge's report and recommendations thereon (docket no. 34). The Magistrate Judge reports that the parties have settled this matter, and recommends that the Plaintiff's motion be dismissed as moot. There are no objections to the report and recommendations. Accordingly, the Court adopts the recommendations of the Magistrate Judge, and Plaintiff's motion is hereby DENIED AS MOOT.

    The parties are hereby ORDERED to submit a stipulated order of dismissal within 30 days of this Order.

    It is so ORDERED.

    The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

    ENTERED: This 3rd Day of March, 2009.

                                            /s/ Norman K. Moon
                                            NORMAN K. MOON
                                            UNITED STATES DISTRICT JUDGE